IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COLLEEN BOWEN,<br><br>    Plaintiff,<br><br>vs.<br><br>WESTERN CONTRACTING CORPORATION, an Iowa corporation, and MISSOURI RIVER MARINE, INC., a Nebraska corporation,<br><br>    Defendants. | 8:12CV104<br><br>ORDER |

  This matter is before the Court on the joint stipulation for dismissal (filing 39) filed by plaintiff Colleen Bowen and defendant Missouri River Marine, Inc. The parties have agreed that all of Bowen's claims against Missouri River Marine should be dismissed, without prejudice, with each party to bear its own costs. Filing 39, at 1. Bowen's claims against Western Contracting Corporation are not affected by this dismissal.

  The Court finds that the parties' stipulation should be granted. *See* Fed. R. Civ. P. 41(a)(2). Accordingly,

  IT IS ORDERED:

  1. This case is dismissed as to defendant Missouri River Marine, Inc.; and

  2. Each party shall bear its own costs.

Dated this 11th day of July, 2012.

                BY THE COURT:

                *John M. Gerrard*
                John M. Gerrard
                United States District Judge