IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COLLEEN BOWEN,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>WESTERN CONTRACTING CORPORATION, an Iowa corporation,<br><br>　　　　　　　Defendant. | 8:12CV104<br><br>ORDER |

　　　This matter is before the Court on the plaintiff's motion to dismiss. Filing 41. Plaintiff wishes to dismiss this case, with prejudice, each party to bear its own costs. Defendant Western Contracting Corporation has stated that it has no objection to the dismissal. Filing 42.

　　　Accordingly,

　　　IT IS ORDERED:

1.　　Plaintiff's motion to dismiss (filing 41) is granted; and this case is dismissed with prejudice, each party to bear its own costs; and

2.　　A separate judgment will be entered.

　　　Dated this 14th day of November, 2012.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　John M. Gerrard
　　　　　　　　　　　　　　　　　　United States District Judge